# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOHN ANTHONY ROBERTS, SR.,
LISA MOSS ROBERTS AND JOHN
ROBERTS, JR.

VERSUS

HOSPITAL SERVICE DISTRICT
NO. 1 OF TANGIPAHOA PARISH
D/B/A NORTH OAKS HEALTH
SYSTEM AND/OR NORTH OAKS
MEDICAL CENTER, LLC, NORTH
OAKS ORTHOPAEDIC SPECIALTY
CENTER

NO.   2020 CW 0731

JANUARY 21, 2021

---

In Re:    John Roberts, Jr., applying for supervisory writs,
          21st Judicial District Court, Parish of Tangipahoa,
          No. 20160000432.

---

**BEFORE:    GUIDRY, McDONALD, McCLENDON, HOLDRIDGE, AND LANIER, JJ.**

**WRIT GRANTED.**  The portion of the trial court's March 26, 2020 judgment granting the motion for new trial filed by defendants, Hospital Service District No. 1 of Tangipahoa Parish d/b/a North Oaks Health System and/or North Oaks Medical Center, LLC, North Oaks Orthopaedic Specialty Center, is reversed.  The jury's verdict was reasonable and supported by a fair interpretation of the evidence.  Accordingly, the motion for new trial filed by the defendants is denied.

**JMG**
**JMM**
**WIL**

**McClendon, J.,** dissents and would not consider the writ.  Since this writ application concerns post-trial motions following a trial on the merits, I would have requested that the relator provide the court with the trial transcript and copies of all documentary evidence admitted at the trial for a proper review and would have allowed an opportunity to file a new writ application with these items.

**Holdridge, J.,** dissents and would deny the writ.  The trial court did not abuse her discretion in granting the new trial. La. Code Civ. P. art. 1973.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT